IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02018-WJM-KLM

CRYSTAL SANCHEZ,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#18] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#18-1, #18-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated:  November 14, 2014