**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.14-cv-02018-WJM-KLM

CRYSTAL SANCHEZ,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

FINAL JUDGMENT

---

    Pursuant to the offer of judgment served December 2, 2014 and the acceptance thereof filed December 10, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

    ORDERED that judgment is hereby entered for the Plaintiff Crystal Sanchez and against the Defendant Stellar Recovery, Inc. in the amount of $1,001.00. In addition, Plaintiff's costs and reasonable attorney's fees are to be added to the Judgment as against Defendant; said Plaintiff's costs and reasonable attorney's fees shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of .19% per annum from the date of entry of Final Judgment.

    Dated at Denver, Colorado this __17th__ day of December 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk