IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02018-WJM-KLM

CRYSTAL SANCHEZ,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

NOTICE OF SATISFACTION OF JUDGMENT

---

COMES NOW the Plaintiff by and through her counsel of record and hereby notifies the Court that the Plaintiff has received payment from Defendant in the amount of $4,679.75 and satisfaction is hereby acknowledged in the amount of $4,679.75 of the Judgment entered in this case against Defendant and in favor of the Plaintiff.

Respectfully submitted this 10th day of July, 2015.

    _s/ David M. Larson_____
    David M. Larson, Esq.
    88 Inverness Circle East, Suite E-102
    Englewood, CO 80112
    (303) 799-6895
    Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 10th day of July, 2015, I filed the foregoing Notice of Satisfaction of Judgment with the Clerk of the Court's CM-ECF System which will send notice of this filing to the following email addresses:

jlico@alp-pc.com

                                       ____s/ David M. Larson_____